UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTEN BRISENO AND STEVEN NEWMAN,<br><br>*Plaintiff*<br><br>v.<br><br>GABRIEL HOMEOWNERS ASSOCIATION, INC., STEPHANIE ADAMS FRATELLO, BILL DARES, AND WAYNE THOMAS<br><br>*Defendants* | Civil Action No.: 2:20-CV-00046<br><br>Judge: Nannette Jolivette Brown<br><br>Magistrate Judge:  Joseph C. Wilkinson |

## ORDER

Having been advised that the parties have resolved Plaintiffs' claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. *See* Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

NEW ORLEANS, LOUISIANA, this __4th__ day of September, 2020.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**